IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00093-MEH

TASSELOT SA LUXEMBOURG, SUCCURSALE DE RENENS, a Swiss Company,

    Plaintiff,

v.

VAIL FINE ART GALLERY, INC., and
JAMES TYLICH,

    Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulation for Dismissal Without Prejudice [filed April 21, 2015; docket # 12], which the Court construes as filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court finds the stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 21st day of April, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge